IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-CV-00064-BO

| | |
|---|---|
| NOEL E. STEVENSON,<br><br>          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>          Defendant. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

COME NOW Plaintiff NOEL E. STEVENSON and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter with prejudice. The Parties shall each bear his/its own attorneys' fees and costs.

Respectfully submitted this the 23rd day of June, 2022.

*/s/ Jonathan P. Miller*
Jonathan P. Miller
N.C. Bar No. 35887
1212 Culbreth Drive
Wilmington, NC 28405
Telephone No. (910) 509-7148
Facsimile No. (910) 509-7149
E-mail: jpm@jonathanmillerlaw.com

*Counsel for Plaintiff*

*/s/ Gemma L. Saluta*
Gemma L. Saluta
N.C. Bar. No. 37032
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3576
Facsimile: (336) 722-9064
Email: gemma.saluta@wbd-us.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the United States District Court for the Eastern District of North Carolina via the CM/ECF system which will also send an email notification to the following:

Jonathan P. Miller
1213 Culbreth Drive
Wilmington, NC 28405
Email: jpm@jonathanmillerlaw.com
Telephone: (910) 509-7148

This the 23rd day of June, 2022.

                          */s/ Gemma L. Saluta*
                          Gemma L. Saluta
                          NC Bar No. 37032
                          Womble Bond Dickinson (US) LLP
                          One W. 4th Street
                          Winston-Salem, NC 27101
                          Telephone: (336) 721-3600
                          Facsimile: (336) 721-3660
                          Email: gemma.saluta@wbd-us.com

                          *Counsel for Defendant*